*In re* INTEGRACIÓN DE SALAS DE VERANO.

*Número:* ES-2011-01      *Resuelto:* 10 de junio de 2011

## RESOLUCIÓN

En conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, 4 L.P.R.A. Ap. XXI-A, se constituyen las siguientes Salas de Verano para funcionar durante el receso del Tribunal entre el 1 de julio al 30 de septiembre de 2011:

*Del 1 al 23 de julio de 2011*
Hon. Anabelle Rodríguez Rodríguez, *presidenta*
Hon. Mildred G. Pabón Charneco
Hon. Edgardo Rivera García
Hon. Roberto Feliberti Cintrón

*Del 24 al 31 de julio de 2011*
Hon. Anabelle Rodríguez Rodríguez, *presidenta*
Hon. Mildred G. Pabón Charneco

Hon. Edgardo Rivera García
Hon. Luis F. Estrella Martínez

*Del 1 al 14 de agosto de 2011*
Hon. Anabelle Rodríguez Rodríguez, *presidenta*
Hon. Mildred G. Pabón Charneco
Hon. Edgardo Rivera García
Hon. Roberto Feliberti Cintrón

*Del 15 de agosto al 3 de septiembre de 2011*
Hon. Federico Hernández Denton, *presidente*
Hon. Rafael L. Martínez Torres
Hon. Erick V. Kolthoff Caraballo
Hon. Luis F. Estrella Martínez

*Del 4 al 11 de septiembre de 2011*
Hon. Federico Hernández Denton, *presidente*
Hon. Rafael L. Martínez Torres
Hon. Erick V. Kolthoff Caraballo
Hon. Roberto Feliberti Cintrón

*Del 12 al 30 de septiembre de 2011*
Hon. Federico Hernández Denton, *presidente*
Hon. Rafael L. Martínez Torres
Hon. Erick V. Kolthoff Caraballo
Hon. Luis F. Estrella Martínez

Los Presidentes de Sala quedan facultados para sustituir a los Jueces y a las Juezas que no puedan intervenir en algún asunto ante su consideración y, asimismo, para convocar al Pleno del Tribunal cuando sea necesario. El Tribunal continuará emitiendo y certificando opiniones y sentencias durante este periodo.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*